# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Karin Sanders                                       CHAPTER 13

Debtor(s)

BKY. NO. 24-10246 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Denise Carlon
PA Western BK
14 May 2024, 17:44:25, EDT

Denise Carlon, Esq. (317226)  ☑
Brent Lemon, Esq. (86478)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com