# Notice Recipients

District/Off: 0315−1                 User: auto                      Date Created: 5/23/2024
Case: 24−10246−JCM                   Form ID: pdf900                 Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          CrossCountry Mortgage, LLC

                                                                                            TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
aty         Dai Rosenblum          dai@dairosenblumbankruptcy.com
aty         Denise Carlon          dcarlon@kmllawgroup.com

                                                                                            TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Karin Sanders       2962 Roosevelt Drive        Youngstown, OH 44504
15715710    Berkheimer Tax Innovations       HAB        P.O. Box 25159        Lehigh Valley, PA 18002
15715711    CF Medical       Law Offices Mitchell D. Bluhm & Associat        Dept 0267        P.O. Box 120267        Dallas,
            TX 75312−0267
15717513    Cavalry SPV I, LLC        PO Box 4252        Greenwich, CT 06831
15715712    Comenity Bank/Victoria Secret        PO Box 182273        Columbus, OH 43218
15715713    Cross Country Mortgage LLC        1 Corporate Drive, Suite 360        Lake Zurich, IL 60044−8945
15715714    ERC        P.O. Box 23870        Jacksonville, FL 32241−3870
15715715    First Energy       76 South Main Street        Akron, OH 44308
15715716    KML Law Group, PC        P.O. Box 9056        Temecula, CA 92589−9056
15715717    Koh's Capital One N.A.        P.O. Box 85123        Richmond, VA 23285
15715718    Mercy Health/St. Elizabeth Hospital        1044 Belmont Avenue        Youngstown, OH 44504
15715719    Midland Credit Management Inc.        P.O. Box 2004        Warren, MI 48090−2004
15715720    Penn Credit Corp.        2800 Commerce Drive        Harrisburg, PA 17110
15715721    Shenango Township Municipal Authority        P.O. Box 266        West Middlesex, PA 16159
15715722    Synchrony Bank/PayPal Mastercard        P.O. Box 71782        Philadelphia, PA 19176−1782
15715723    Tri County Industries        P.O. Box 867        Mars, PA 16046

                                                                                            TOTAL: 16