Form RSC13

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 24−10246−JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Karin Sanders
   2962 Roosevelt Drive
   Youngstown, OH 44504

Social Security No.:
   xxx−xx−1323

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Dai Rosenblum<br>254 New Castle Road Suite B<br>Butler, PA 16001−2529<br>Telephone number: 724−283−2900 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>July 29, 2024<br>02:00 PM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | CONFIRMATION HEARING DATE/TIME/LOC<br>July 29, 2024<br>02:00 PM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/26/24

BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 24-10246-JCM
Karin Sanders | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2
Date Rcvd: Jun 26, 2024      Form ID: rsc13      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karin Sanders, 2962 Roosevelt Drive, Youngstown, OH 44504-1204 |
| 15805757 | + | Berkheimer, Agent for West Middlesex SD/Shenango T, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15715711 | | CF Medical, Law Offices Mitchell D. Bluhm & Associat, Dept 0267, P.O. Box 120267, Dallas, TX 75312-0267 |
| 15715716 | | KML Law Group, PC, P.O. Box 9056, Temecula, CA 92589-9056 |
| 15715717 | + | Koh's Capital One N.A., P.O. Box 85123, Richmond, VA 23285-5123 |
| 15715718 | + | Mercy Health/St. Elizabeth Hospital, 1044 Belmont Avenue, Youngstown, OH 44504-1006 |
| 15715721 | + | Shenango Township Municipal Authority, P.O. Box 266, West Middlesex, PA 16159-0266 |
| 15715723 | + | Tri County Industries, P.O. Box 867, Mars, PA 16046-0867 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15715710 | | Email/Text: dltlegal@hab-inc.com | Jun 27 2024 00:05:00 | Berkheimer Tax Innovations, HAB, P.O. Box 25159, Lehigh Valley, PA 18002 |
| 15717513 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2024 00:07:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15715712 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:06:00 | Comenity Bank/Victoria Secret, PO Box 182273, Columbus, OH 43218-2273 |
| 15715713 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 27 2024 00:04:00 | Cross Country Mortgage LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 15715714 | | Email/Text: bknotice@ercbpo.com | Jun 27 2024 00:07:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 15715715 | | Email/Text: bankruptcy@firstenergycorp.com | Jun 27 2024 00:07:00 | First Energy, 76 South Main Street, Akron, OH 44308 |
| 15715719 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 00:07:00 | Midland Credit Management Inc., P.O. Box 2004, Warren, MI 48090-2004 |
| 15715720 | | Email/Text: bankruptcies@penncredit.com | Jun 27 2024 00:04:00 | Penn Credit Corp., 2800 Commerce Drive, Harrisburg, PA 17110 |
| 15812871 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 27 2024 00:07:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15715722 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:23:32 | Synchrony Bank/PayPal Mastercard, P.O. Box 71782, Philadelphia, PA 19176-1782 |

TOTAL: 12

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: rsc13 | Total Noticed: 20 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CrossCountry Mortgage, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

**Name**  **Email Address**

Brent J. Lemon
    on behalf of Creditor CrossCountry Mortgage  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Dai Rosenblum
    on behalf of Debtor Karin Sanders dai@dairosenblumbankruptcy.com
    Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com

Denise Carlon
    on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5