IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | | | SIGNED |
| | : | Case No.: | 24-10246-JCM | 8/27/24 3:53 pm |
| Karin Sanders | : | Chapter: | 13 | CLERK |
| | : | | | U.S. BANKRUPTCY |
| *Debtor(s).* | : | | | COURT - WDPA |
| | : | Date: | 8/27/2024 | |
| | : | Time: | 01:30 p.m. | |

## PROCEEDING MEMO

**MATTER**   #9 CONTESTED Plan Hearing Re: Chapter 13 Plan Dated May 21, 2024

#22 Chapter 13 Trustee's Objection to May 21, 2024 Chapter 13 Plan

**APPEARANCES:**

  Debtor: Dai Rosenblum (no appearance)
  Trustee: James Warmbrodt (video)

**NOTES:**

Warmbrodt:   Two reasons to request dismissal: The debtor has missed two scheduled 341 meetings of creditors. August is month three of the Plan and there have been no payments received.

**OUTCOME:**   Case dismissed without prejudice. System form to be entered.